

KREINDLER & KREINDLER LLP  |  485 Lexington Avenue  |  New York, NY 10017-2629
office: 212.687.8181  |  fax: 212.972.9432  |  www.kreindler.com

June 1, 2021

**Via Electronic Court Filing**

Honorable James R. Cho, USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   1:21-cv-01031-FB-JRC
      Brulaj v. Turk Hava Yollari Anonim Ortakligi, et al.

Dear Judge Cho:

The undersigned represents plaintiff Zef Brulaj in the above-referenced action against defendant Turk Hava Tollari Anonim Ortakligi (d/b/a Turkish Airlines), represented by Christopher Carlsen of Clyde & Co LLP.

A telephonic initial conference is scheduled to be held in front of Your Honor on June 4, 2021 at 11:30 A.M.  Unfortunately, I am scheduled to travel out of state for a family obligation that morning and my flight time coincides with the initial conference. Accordingly, I am respectfully requesting a brief one-week adjournment of the telephonic initial conference to June 11, 2021, so long as that date is convenient for the Court. I have conferred with Mr. Carlsen and he consents to the instant application.

Thank you for your courtesies and consideration.

          Respectfully submitted,
          Kreindler & Kreindler LLP

          *s/ Erin R. Applebaum*

          _____
          Erin R. Applebaum (EA9785)

cc:  Christopher Carlsen *(via ECF)*

New York      Boston      Los Angeles



KREINDLER & KREINDLER LLP  |  485 Lexington Avenue  |  New York, NY 10017-2629
office: 212.687.8181  |  fax: 212.972.9432  |  www.kreindler.com

New York        Boston        Los Angeles