# INITIAL CONFERENCE QUESTIONNAIRE

CASE NAME:  \_ghDtwrl'x0Vwtrn'J cxc'[ qnrtk'gv'tn0     DOCKET NO.: 3<43/ex/23253/HD/LTE

1. Date for completion of automatic disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure, if not yet made:  Lwpg''47.''4243

2. If additional interrogatories beyond the 25 permitted under Rule 33(a) of the Federal Rules of Civil Procedure are needed, the maximum number by:
   plaintiff(s) 10   and defendant(s) 10

3. Maximum number of requests for admission by: plaintiff(s) 47   and defendant(s)

4. Number of depositions by plaintiff(s) of parties  5   non-parties

5. Number of depositions by defendant(s) of: parties  3   non-parties

6. Time limits for depositions: "Qpg'fc{'qh'9'jqwtu."wpnguu'qvjgtykug'qtfgtgf"qt'uvkrwncvgf0

7. Date for completion of factual discovery:   Fgegodgt 32.''4243

8. Number of expert witnesses of plaintiff(s):  4   medical  4   non-medical
   Date for expert report(s):   Hgdtwct{''33.''4244

9. Number of expert witnesses of defendant(s):  2   medical  2   non-medical
   Date for expert report(s):   February 11, 2022

10. Date for completion of expert discovery:  Octej "3:."4244

11. Time for amendment of the pleadings by plaintiff(s) 43'fc{ulrgt'HTER   or by defendant(s)  21 days/per FRCP

12. Number of proposed additional parties to be joined by plaintiff(s) 2   and by defendant(s) 0 and time for completion of joinder:   Per FRCP

13. Types of contemplated dispositive motions: plaintiff(s):   PIC    defendant(s):  N/A

14. Dates for filing contemplated dispositive motions: plaintiff(s):   April 15, 2022 defendant(s): _April 15, 2022_____

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

16. Will the parties *consent to trial before a magistrate judge pursuant to 28 U.S.C. §636? (Answer no if any party declines to consent without indicating which party has declined.)
    Yes ___ No X

17. This case should be ordered to arbitration at the close of discovery __No_____ (yes/no)

18. This case should be ordered to mediation (now or at a later date) _No_____(yes/no)
    (Prior to the Initial Conference, counsel shall discuss with their clients and their adversaries whether arbitration or mediation is appropriate in this case and be prepared to explain their reasons to the court)

* The fillable consent form AO 85 may be found at https://www.nyed.uscourts.gov/forms/allforms/general_forms and may be filed electronically upon completion prior to the initial conference, or brought to the initial conference and presented to the Court for processing.